UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HAWKINS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 1:09-cv-01831-JEB |

### PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

The plaintiff, Detective William Hawkins ("Detective Hawkins"), by his attorneys, hereby submits this Motion for Attorneys' Fees. In support, the plaintiff hereby incorporates by reference the attached Memorandum of Law.

WHEREFORE, the plaintiff respectfully requests that the Court grant his Motion for Attorneys' Fees.

Respectfully submitted,

  /s/ Daniel J. McCartin_____
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN & LAWRENCE LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201
(410) 837-6999
(410) 510-1647 (facsimile)

Attorneys for Plaintiff

**LCvR 7(m) STATEMENT**

In accordance with LCvR 7(m), on October 18, 2013, undersigned counsel contacted counsel for the defendant via e-mail to request whether counsel opposed the Motion. Defendant's counsel did not consent to the Motion, therefore the Motion should be considered opposed.

    */s/ Daniel J. McCartin*_____
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN & LAWRENCE LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201
(410) 837-6999
(410) 510-1647 (facsimile)

Attorneys for Plaintiff